## Michael J. Ryan, Appellee, v. John E. Harty, Appellant.

### Gen. No. 6,256.    (Not to be reported in full.)

Appeal from the Circuit Court of Stark county; the Hon. CLYDE E. STONE, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed August 10, 1916.

### Statement of the Case.

Action of assumpsit by Michael J. Ryan, plaintiff, against John E. Harty, defendant, to recover the amount of a note for $1,106 alleged to have been retained by defendant. From a judgment for plaintiff for $1,000, defendant appeals.

JOHN W. FLING, JR., and WILLIAM W. WRIGHT, for appellant.

JAMES H. RENNICK, for appellee.

MR. PRESIDING JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. EVIDENCE, § 475*—*what constitutes preponderance.* The number of witnesses testifying in a case is not necessarily decisive of the question of preponderance.

2. EVIDENCE, § 475*—*what constitutes preponderance.* If there are but two witnesses in a case and they testify diametrically opposite to each other concerning matters within their personal knowledge, this does not necessarily result in a lack of preponderance, but the question of preponderance is largely a question of credibility of the witnesses, and is for the jury to determine.

3. WITNESSES, § 253*—*who proper judge of credibility of.* The jury are the proper judges of the credibility of witnesses.

4. APPEAL AND ERROR, § 1258*—*when defendant may not complain of verdict.* A defendant cannot complain on appeal that a verdict is for a lesser sum than the amount of the plaintiff's claim.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.